**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-623-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **STACY STRAWN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GUARDIAN BUILDING PRODUCTS, INC.** | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Leslie Dent,** filed March 27, 2017 [doc. # 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Dent is admitted to appear before this court *pro hac vice* on behalf of Defendant, Guardian Building Products, Inc..

**IT IS SO ORDERED.**

Signed: March 28, 2017

Graham C. Mullen
United States District Judge