UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-623

STACEY STRAWN,

                Plaintiff,

   v.

GUARDIAN BUILDING PRODUCTS, INC.,

                Defendant.

**ORDER AMENDING CASE MANAGEMENT PLAN**

      This matter is before the Court on Defendant's motion to amend the discovery plan to allow an additional 90 days to complete discovery. The Court finds good cause for the motion. The Motion is hereby GRANTED. The Case Management Plan is hereby amended as follows:

1. Discovery shall be completed by June 19, 2017.

2. Dispositive motions shall be filed by July 24, 2017.

3. The trial of the case is set for the November 13, 2017 Term of Court.

Signed: March 29, 2017

Graham C. Mullen
United States District Judge